**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 24 MM 2021
:
Respondent  :
:
:
:
v.  :
:
:
:
KALVIN M. MCCULLOUGH,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.